UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JEREMY GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-159 R(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), the motion to stay ("Stay Motion"), and all of the records herein, including the May 21, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied on the merits, the Stay Motion is denied as moot, this action is dismissed with prejudice and Judgment be entered accordingly.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on respondent's counsel.

IT IS SO ORDERED.

DATED: June 28, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE